UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| LINDA S. PEREZ, | ) | No. CV 08-8106  FFM |
| | ) | |
| Plaintiff, | ) | JUDGMENT OF REMAND |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| ———————————————— | ) | |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-caption action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated December 28, 2009.

DATED: December 28, 2009

  /S/ FREDERICK F. MUMM  
FREDERICK F. MUMM  
United States Magistrate Judge