ROBERT E. LOWENSTEIN, JR. (SBN 064346)
JANNA K. LOWENSTEIN (SBN 225371)
Robert E. Lowenstein, Jr., A Professional Corporation
    15315 Magnolia Blvd., Suite 402
    Sherman Oaks, CA 91403
    Tel:  (818) 905 6611
    Fax:  (818) 789 1375
    Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA PEREZ )<br><br>        Plaintiff, )<br><br>vs. )<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF<br>SOCIAL SECURITY )<br><br>        Defendant )<br>_____ ) | NO. CV 08-08106- AG (FFM)<br><br>[~~PROPOSED~~] ORDER AWARDING<br>ATTORNEYS FEES UNDER EAJA |

     Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorneys fees under EAJA, and good cause appearing therefor

     IT IS HEREBY ORDERED that counsel as assignee of plaintiff  be awarded attorneys fees under EAJA in the amount of $3000.00.

Dated:   January 19, 2010

                       /S/ FREDERICK F. MUMM
                  FREDERICK F. MUMM
                  U.S. Magistrate Judge